**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GEORGE POTANOVIC, JR.,

                Plaintiff,

-against-                                    22 **CIVIL** 3293 (VB)

                                                      **JUDGMENT**

TOWN OF STONY POINT,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 17, 2023, the motion to dismiss is GRANTED. The motion to intervene is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 17, 2023

                                                                            **RUBY J. KRAJICK**

                                                                             _____

                                                                                 **Clerk of Court**

                                                **BY:**    *K. Mango*

                                                                                 _____

                                                                                 **Deputy Clerk**